STATE

v.

Robert G. COLE.

No. 80–95–M.P.

Supreme Court of Rhode Island.

March 13, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Robert G. Cole, pro se.

ORDER

Treating the petitioner's writ of error as a petition for writ of habeas corpus, said petition is denied.

STATE

v.

David COLLINS et al.

No. 80–3–C.A.

Supreme Court of Rhode Island.

March 13, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen R. Famiglietti, Spec. Asst. Atty. Gen., for plaintiff.

John L. Cosentino, Gerard McG. DeCelles, Alton W. Wiley, Providence, for defendants.

ORDER

On motion of counsel, John L. Cosentino is appointed to represent defendant James Foreman and Gerard DeCelles is appointed to represent defendant Darryl Amado in the prosecution of their appeal.

STATE

v.

Claire O'COIN.

No. 80–61–C.A.

Supreme Court of Rhode Island.

March 13, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Chief Appellate Division, Spec. Asst. Atty. Gen., for plaintiff.

McKinnon & Fortunato, Amy R. Tabor, Daniel V. McKinnon, Pawtucket, for defendant.

ORDER

The state's motion for priority assignment is granted and this case is assigned to the May, 1980 calendar for oral argument.